| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | No. 3:13-cr-00139 |
| ] | Judge Trauger |
| QUANTEZ MILLER ] | |

*Motion GRANTED conditioned upon the timely filing of waivers of speedy trial by both defendants.*

## MOTION TO CONTINUE TRIAL AND ASSOCIATED DEADLINES

Comes now the Defendant, Quantez Miller, by and through counsel, and hereby moves to continue the trial and associated deadlines for approximately ninety days. For cause, the Defendant offers the following:

(1) Undersigned counsel has been appointed to represent the Defendant. Currently, trial is scheduled for Tuesday, April 15, 2014.

(2) The underlying accusation is several years old. The age of the case, as well as some of the facts alleged, have made the investigation particularly challenging. Thus, undersigned counsel has begun, but has not completed, his factual investigation yet.

(3) Undersigned counsel has also been actively negotiating with the Government regarding settlement. Although the parties have made progress, they have not reached an agreement. Of course, if the parties were to reach an agreement, the Court could be spared the time and expense of a trial.